USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM V. NIEPORTE,

Plaintiff,

-against-

ADP TOTALSOURCE, INC.,

Defendant.

26-CV-04104 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On July 9, 2026, Defendant moved to seal Defendant's Client Services Agreement ("CSA"), which was filed by Proposed Intervenors as Exhibit 4 to the Kanefsky Declaration in Support of the Motion to Intervene at Dkt. No. 11-4. *See* Dkt. No. 34. Counsel for the Proposed Intervenors consents to the request, and Plaintiff's counsel also does not oppose the request. *Id.*

The CSA contains proprietary business information, including commercially sensitive information regarding Defendant's business operations, how Defendant structures and administers its co-employment relationship with clients, Defendant's service commitments, and Defendant's confidential allocation of legal and operational responsibilities.

Having examined the CSA and considered the parties' representations, it is ORDERED that Defendant's letter-motion to strike Dkt. No. 11-4 from the record and allow the Proposed Intervenor to refile under seal is GRANTED. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Defendant's request to seal is necessary, at least at this time, to protect its confidential business information.

The Clerk of Court is directed to TERMINATE Dkt. No. 34 and STRIKE Dkt. No. 11-4.

Dated: July 14, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge